IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SERAFIN DE AHORA-BLANCO, : Case No. 4:11-cv-01575
    Plaintiff :
: (Judge Brann)
v. :
:
UNITED STATES OF AMERICA, :
    Defendant. :

**ORDER**

December 5. 2013

In accordance with the Memorandum filed this same date **IT IS HEREBY ORDERED THAT:**

    1. Defendant United States of America's Motion for Summary Judgment (ECF No. 50) is GRANTED.

    2. Final judgment is entered in favor of defendant and against plaintiff.

    3. The Clerk of Court is directed to close the case file.

                          s/ Matthew W. Brann
                            Matthew W. Brann
                            United States District Judge